UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN OWENS,

     Plaintiff,

                                        Case No. 24-cv-10732
v.                                     Hon. Matthew F. Leitman

MEIJER, INC.,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendant and against Plaintiff.

                                     KINIKIA ESSIX
                                     CLERK OF COURT

                     By:    s/Holly A. Ryan_____
                                   Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 24, 2026
Detroit, Michigan

1